UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Scott Suronen,

           Petitioner,

    vs.                         ORDER ADOPTING THE REPORT
                                     AND RECOMMENDATION

Minnesota Department of
Corrections,

           Respondent.          Civ. No. 10-4360 (DSD/LIB)


Based upon the Findings and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

    1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

    2. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

    3. The court denies a certificate of appealability in this case.

    4. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 18, 2010

                                                    s/David S. Doty
                                                    DAVID S. DOTY
                                                    United States District Court Judge